IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVARO R. HERNANDEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>ELOY MEDINA, et al.,<br><br>                              Defendants. | C 07-0765 CRB (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

The Court, having considered Defendants' motion for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS ORDERED** that Defendants shall be granted a seventy-five-day extension of time, to and including January 14, 2008, to file a dispositive motion. Plaintiff's opposition will be due on February 13, 2008, and Defendants' optional reply will be due on February 28, 2008.

DATED:   10-29-07

                                        /S/
                              _____
                              Hon. Charles R. Breyer
                              UNITED STATES DISTRICT COURT JUDGE

20110576.wpd
SF2007200661

[Proposed] Order Granting Defs.' EOT File Dispositive Mot.                    *Hernandez v. Medina, et al.*
                                                                                C 07-0765 CRB (PR)

1